RECOMMENDATION TERMINATING
PROBATION PRIOR TO
ORIGINAL EXPIRATION DATE

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

FILED 2005 JUL -5 P 12: 18
CLERK, US DIST COURT
AT FRESNO
BY_____ DEPUTY

UNITED STATES OF AMERICA )   Docket Number: 1:97CR05173-01 OWW
                         )
vs.                      )
                         )
Charles Mugrdechian      )

RECEIVED JUN 2 4 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**LEGAL HISTORY:**

On November 8, 2002, the above named was sentenced to 15 months in Bureau of Prisons, with 36 months of supervised release to commence upon his release custody. Special conditions included a requirement that he submit to search and seizure and provide the probation officer with access to any requested financial information. Furthermore, the defendant was ordered to pay restitution in the amount of $34,919.66 and a special assessment of $150.

**SUMMARY OF COMPLIANCE:**

The defendant has complied with all conditions and special conditions of probation and has not been involved in any further criminal activities. Furthermore, it should be noted the defendant has been gainfully employed since his release on probation and has paid his restitution and special assessment in full. It is the opinion of the Probation Officer that he has derived the maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that the defendant in this case be terminated early.

Submitted by: _____   Date: June 24, 2005
Tim Mechem
United States Probation Officer

It is so Ordered
Dated: 6-30-05
_____
United States District Judge

Approved by: _____
Bruce A. Vasquez
Supervising United States Probation Officer

cc:   Mark E. Cullers, AUSA (Pursuant to Rule 32.1[b] notice of proposed relief to the probationer is being provided. If no objection is received from you within 14 days, the Probation Officer's recommendation and Probation Form 35, Report and Order terminating probation release Prior to Original Expiration Date, will be submitted to the Court for approval.)

Rev. 05/2000
EARLITRM.MRG